IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HARTFORD FIRE INSURANCE CO. and )
HARTFORD CASUALTY INSURANCE CO., )
)
    Plaintiffs, )
)
v. ) CASE NO. CV409-163
)
AMERICAN INSTITUTE OF BAKING, )
INC.; AIB INTERNATIONAL, INC.; )
EUGENE HATFIELD; and RICK FITZER; )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiffs' Amended Notice of Voluntary Dismissal Without Prejudice. (Doc. 31.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Defendant has not objected to the dismissal. After careful consideration, Plaintiffs' request is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorney fees.[1] The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 15th day of September 2010.

                  WILLIAM T. MOORE, JR
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Defendants' Motion to Dismiss (Doc. 26) is **DISMISSED AS MOOT**.